MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHAWN FORTNER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-5517 <br><br> ORDER GRANTING UNOPPOSED <br> MOTION TO QUASH WARRANT |

Upon the motion of the defendant to quash the warrant in the above-captioned case,

IT IS HEREBY ORDERED that the warrant issued in Mr. Fortner's case be quashed and that a new hearing date be set **by way of a Minute Order issued by the Office of the Clerk.**

DONE this   7th   day of July, 2006.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented By:

*/s/ Jerome Kuh*
Jerome Kuh
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO QUASH WARRANT                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710